IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 1:09-CR-175(8) |
| | § | Judge Marcia Crone |
| ALVARO TEODORO SOTO | § | |

## FINAL ORDER OF FORFEITURE

Defendant, Alvaro Teodoro Soto, entered into a Plea Agreement with the United States in which the defendant, agreed that he had obtained $40,000,000.00 in proceeds from the offense alleged in Count One of the second superseding indictment, for which the defendant, has been convicted, and

The United States has filed a Motion for an Order of Forfeiture which would consist of a personal money judgment against the defendant, joint and severally liable with co-defendants, in the amount of $40,000,000.00 and Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment,"

IT IS ORDERED, ADJUDGED AND DECREED that the defendant, Rubio, joint and severally liable with co-defendants, shall forfeit to the United States the sum of 40,000,000.00 pursuant to 21 U.S.C. § 853 and § 881.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

IT IS FURTHER ORDERED that pursuant to Rule 32.2(b)(3), this Order of Forfeiture shall become final as to the defendant, at the time of sentencing, and shall be made part of the sentence and included in the judgment.

IT IS FURTHER ORDERED that the United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $40,000,000.00 to satisfy the money judgment in whole or in part.

SIGNED at Beaumont, Texas, this 11th day of June, 2013.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE